**UNITED STATES of America, Plaintiff–Appellee**

v.

**Marvin Willie HAWKINS, Jr., Defendant–Appellant.**

**No. 11–50754**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Aug. 21, 2012.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Thomas Clayton West, Dunnam & Dunnam, Waco, TX, for Defendant–Appellant.

Before SMITH, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Marvin Willie Hawkins, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Hawkins has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Hawkins's response. We concur with counsel's assessment that the appeal presents no non-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

frivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.